**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELFREGO P. VALDEZ JR.,

       Plaintiff,

v.                                                                              No. CV 18-444 CG

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

       Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND FOR FURTHER ADMINISTRATIVE PROCEEDINGS

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C § 405(g)*, (Doc. 17), filed November 16, 2018. The Court, having read the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed. Upon remand, the Appeals Council will remand the matter to a different Administrative Law Judge for a *de novo* hearing and a new decision.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE